1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Manuel Alberto Alferes

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10          **(HONORABLE WILLIAM Q. HAYES)**

11 | UNITED STATES OF AMERICA, | ) | Case No. 08CR1268-WQH |
12 |         Plaintiff,         | ) |                        |
13 | v.                         | ) | **CERTIFICATE OF SERVICE** |
14 | MANUEL ALBERTO ALFERES,    | ) |                        |
15 |         Defendant.         | ) |                        |

17    Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                          Paul L. Starita
       Paul.Starita@usdoj.gov,debra.huntley@usdoj.gov,efile.dkt.gc1@usdoj.gov

20                                       Respectfully submitted,

22 DATED:    May 7, 2008              /s/ Elizabeth M. Barros
                                      **ELIZABETH M. BARROS**
23                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Manuel Alberto Alferes