**ELIZABETH M. BARROS**
California Bar No. 227629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467 ext. 3701

Attorneys for Mr. Alferes

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | U.S.D.C. No. 08CR1268-WQH |
| Plaintiff, ) | Date: June 2, 2008 |
| ) | Time: 2:00 p.m. |
| v. ) | |
| ) | MOTION FOR ORDER SHORTENING TIME |
| MANUEL ALBERTO ALFERES, ) | |
| Defendant. ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
       PAUL L. STARITA, ASSISTANT UNITED STATES ATTORNEY:

Defendant Manuel Alberto Alferes, by and through his attorneys, Elizabeth M. Barros and Federal Defenders of San Diego, Inc., requests an order shortening time to May 29, 2008, to file Defendant's *Notice of Motions and Motions to Compel Discovery; Dismiss Indictment Due to Misinstruction of the Grand Jury; and Grant Leave to File Further Motions*. Undersigned counsel was re-assigned this case and has been attempting to locate Mr. Alferes, who should have been transferred to San Diego from El Centro, but has been unsuccessful. As a result, counsel has not yet been able to meet with Mr. Alferes and review the discovery produced thus far.

Dated:   May 29, 2008                    Respectfully Submitted,

                                          /s/ Elizabeth M. Barros
                                          **ELIZABETH M. BARROS**
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Mr. Alferes

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Paul L. Starita
Paul.Starita@usdoj.gov,debra.huntley@usdoj.gov,efile.dkt.gc1@usdoj.gov

Dated:     May 29, 2008                              Respectfully Submitted,

                                                      /s/ Elizabeth M. Barros
                                                     **ELIZABETH M. BARROS**
                                                     Federal Defenders of San Diego, Inc.
                                                     Attorneys for Mr. Alferes