AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

AUG 2 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| MANUEL ALBERTO ALFERES | CASE NUMBER: 08CR1268-WQH |

I, MANUEL ALBERTO ALFERES, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __8/25/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         JUDICIAL OFFICER